THE HONORABLE RONALD B. LEIGHTON

```
_____ FILED _____ LODGED
        _____ RECEIVED
          AUG 30 2011
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                           DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD CROCENZI, individually, and CAROL ANDREW, individually,<br><br>Plaintiffs,<br><br>v.<br><br>TECHTRONIC INDUSTRIES NORTH AMERICA, INC. d/b/a HOMELITE CONSUMER PRODUCTS, INC., a Delaware Corporation; JOHN DEERE, INC. d/b/a JOHN DEERE CONSUMER PRODUCTS, INC.<br><br>Defendants. | No. 3:10-cv-05890-RBL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO SEAL EXHIBIT A TO THE DECLARATION OF BRETT COHEN FILED IN SUPPORT OF DEFENDANT HOMELITE CONSUMER PRODUCTS INC., A WHOLLY OWNED SUBSIDIARY OF TECHTRONIC INDUSTRIES NORTH AMERICA, INC.'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>Noted for: September 9, 2011<br><br>Oral Argument Not Requested |

THIS MATTER is before the Court on Defendant Homelite Consumer Products Inc., a wholly owned subsidiary of Techtronic Industries North America, Inc. ("TTINA")'s Motion to Seal Exhibit A to the Declaration of Brett Cohen filed In Support of TTINA's Response to Plaintiffs' Motion to Compel and Cross-Motion for Summary Judgment.

[PROPOSED] ORDER GRANTING MOTION TO
SEAL EXHIBIT A – Page 1
Cause No.: 10-05890-RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Based upon a review of the record, TTINA's motion is GRANTED. The Court hereby orders that Exhibit A to the Declaration of Brett Cohen filed in support of TTINA's Response to Plaintiffs' Motion to Compel and Cross-Motion for Summary Judgment be maintained under seal until further order of this Court.

Dated: 8-30-11

HONORABLE RONALD B. LEIGHTON
United States District Court Judge

Presented By:

**CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP**

/s/ Christina N. Dimock
Steven W. Fogg, WSBA No. 23528
Christina N. Dimock, WSBA No. 40159
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154-1051
(206) 625-8600 Telephone
(206) 625-0900 Facsimile
Email: sfogg@corrcronin.com
cdimock@corrcronin.com
*Attorneys for Defendant Homelite
Consumer Products Inc., a wholly owned
subsidiary of Techtronic Industries
North America, Inc.*

[PROPOSED] ORDER GRANTING MOTION TO
SEAL EXHIBIT A – Page 2
Cause No.: 10-05890-RBL

CORR CRONIN MICHELSON
BAUMGARDNER & PREECE LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900